In the Matter of the Arbitration between FRED O. SCHOEFFER, Respondent, and LOWELL ADAMS FACTORS CORP., Appellant. FRED O. SCHOEFFER, Respondent, v. LOWELL ADAMS FACTORS CORP. et al., Appellants.

Submitted January 12, 1953; decided March 5, 1953.

*Arthur B. Colwin* for motion.

*Murray C. Spett, Samuel R. Rudey* and *Lester Samuels* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the orders do not finally determine either the action or the special proceeding within the meaning of the Constitution.